# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

## Title

| | |
|---|---|
| Title of Work: | The Company You Keep |
| Nature of Work: | Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |

## Author

| | |
|---|---|
| Author: | TCYK, LLC |
| Author Created: | Producer of Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TCYK, LLC |
| | 6360 Deep Dell Pl, Los Angeles, CA, 90068 |
| Transfer Statement: | By Written Agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | A Novel; A Screenplay |
| Previously registered: | No |
| Previous registration and year: | PAu 3 578-816   2011 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | Added Principal Photography, Music, Effects, Etc. |

## Certification

| | |
|---|---|
| Name: | Nicholas Chartier |
| Date: | October 17, 2012 |

Registration #: PAU003660935
Service Request #: 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048